

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/8/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INGOSSTRAKH INSURANCE COMPANY LTD.,

        Plaintiff,

  -against-

MSC MEDITERRANEAN SHIPPING COMPANY S.A.,

        Defendant.

20-CV-5113 (ALC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed on the record during the February 8, 2021 status conference, it is HEREBY ORDERED that:

1. <u>Depositions and Additional Fact Discovery</u>. The deadline to complete all remaining fact discovery, including depositions, is EXTENDED to **April 16, 2021**.

2. <u>Status Conference</u>. Judge Moses will conduct a status conference on **April 8, 2021 at 10:00 a.m.** No later than **April 1, 2021**, the parties shall submit a joint status letter updating the Court on the status of settlement negotiations, confirming whether fact depositions have been completed or are nearly completed, and advising the Court as to whether any expert discovery is required (and, if required, a proposed schedule for the same).

All other provisions of the Initial Case Management Order (Dkt. No. 14) remain in effect.

Dated: New York, New York
       February 8, 2021

                       **SO ORDERED**.

                       _____
                       **BARBARA MOSES**
                       **United States Magistrate Judge**