USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 04/02/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **INGOSSTRAKH INSURANCE COMPANY LTD.**, *as subrogor of Rusal Marketing GmhH & Trinidad Benham Corp.*, <br><br> Plaintiff, <br><br> -against- <br><br> **MSC MEDITERRANEAN SHIPPING COMPANY S.A.**, <br><br> Defendant. | 20-cv-05113 (ALC) (BCM) <br><br> **ORDER OF DISCONTINUANCE** |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days.

**SO ORDERED.**

Dated:   April 2, 2021
         New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**